William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

*Attorneys for Defendants*
*BASIC FUSION, INC.,*
*CONNEXUS CORP., FIRSTLOOK,*
*INC., EPIC MEDIA GROUP, INC., and*
*DOMAIN NAME PROXY, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WEATHER UNDERGROUND, INC., a Michigan corporation,<br><br>  Plaintiff,<br><br>v.<br><br>BASIC FUSION, INC., a Delaware corporation; CONNEXUS CORP., a Delaware corporation; FIRSTLOOK, INC., a Delaware corporation; EPIC MEDIA GROUP, INC., a Delaware corporation; and DOMAIN NAME PROXY, LLC, a Delaware corporation,<br><br>  Defendants. | Case No.: CV10-8677-JFW-AGRx<br><br>**JOINT REPORT AND STIPULATION REGARDING ORDER BY JUDGE BATTANI ON MOTION TO DISMISS**<br><br>Judge: Hon. John F. Walter<br><br>Date Action Filed: November 12, 2010 |

TO THIS HONORABLE COURT:

On March 2, 2011, this Court entered a stay of this matter pending various jurisdictional questions in the first-filed case *The Weather Underground, Inc. v. Navigation Catalyst Systems, Inc.*, Case No. 09-10756 (E.D. Mich.) currently pending before Judge Marianne O. Battani in the United States District Court for the Eastern District of Michigan. The Court ordered the parties to file a Joint Report upon entry of an order on either Navigation Catalyst System's ("NCS") Motion for Summary Judgment or the Motion to Dismiss by Connexus Corp., Firstlook, Inc. or Epic Media Group, Inc. On March 24, 2011, Judge Battani entered an order denying NCS's Motion for Summary Judgment on Its Affirmative Defense of Lack of Personal Jurisdiction. On June 10, 2011, Judge Battani entered an order denying the Motion to Dismiss brought by Connexus, Firstlook, and Epic, which is attached hereto as Exhibit A. The parties agree that, in light of the rulings on the Motion for Summary Judgment and the Motion to Dismiss, this matter should be dismissed without prejudice, each party bearing their own attorneys' fees, expenses, and costs.

//

//

Therefore, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, The Weather Underground, Basic Fusion, Inc., Connexus Corp., Firstlook, Inc., Epic Media Group, Inc., and Domain Name Proxy, LLC, through their respective undersigned counsel of record, hereby stipulate to the voluntary dismissal of this action without prejudice. Each party shall bear their own attorneys' fees, expenses, and costs.

DATED: June 17, 2011          LAW OFFICES OF ANDRIANOS FACCHETTI

By: */s/Andrianos Facchetti*          .
    Andrianos Facchetti
    Attorneys for Plaintiff
    The Weather Underground, Inc.

*By Authorization

DATED: June 17, 2011          WILLENKEN WILSON LOH & LIEB LLP

By: */s/William A. Delgado*          .
    William A. Delgado
    Attorneys for Defendants
    Basic Fusion, Inc., Connexus Corp.,
    Firstlook, Inc., Epic Media Group, Inc.,
    Domain Name Proxy, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

DATED:  June 17, 2011     WILLENKEN WILSON LOH & LIEB LLP


By:*/s/ William A. Delgado*                    .
　　　William A. Delgado
　　　Attorneys for Defendants
　　　Basic Fusion, Inc., Connexus Corp.,
　　　Firstlook, Inc., Epic Media Group, Inc.,
　　　Domain Name Proxy, LLC