William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

JS-6

*Attorneys for Defendants*
*BASIC FUSION, INC.,*
*CONNEXUS CORP., FIRSTLOOK,*
*INC., EPIC MEDIA GROUP, INC., and*
*DOMAIN NAME PROXY, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WEATHER UNDERGROUND, INC., a Michigan corporation, <br><br> Plaintiff, <br><br> v. <br><br> BASIC FUSION, INC., a Delaware corporation; CONNEXUS CORP., a Delaware corporation; FIRSTLOOK, INC., a Delaware corporation; EPIC MEDIA GROUP, INC., a Delaware corporation; and DOMAIN NAME PROXY, LLC, a Delaware corporation, <br><br> Defendants. | Case No.:  CV-10-8677-JFW-AGRx <br><br> **[PROPOSED] ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1        Pursuant to a stipulation of the parties and Rule 41(a)(2) of the Federal Rules of
2   Civil Procedure, this action is hereby dismissed without prejudice in its entirety.
3        Each party shall bear their own attorneys' fees, expenses, and costs.
4
5
6   Dated:  June 20, 2011            /s/
7                                    Hon. John F. Walter
                                     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28